IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| , <br><br>    Plaintiff, <br><br>  v. <br><br> WILLIE E. PHILLIPS, <br><br>    Defendant. <br> _____/ | No. C-07-05397 MHP <br> NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE |

RE:
    Bankruptcy Case:
    Adversary No.:
    BAP No.:

Appellant:

The appeal has been assigned the following case number C-07-05397 MHP before the Honorable Marilyn H. Patel.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 2/4/2008 in Ctrm 15, 18th Floor, SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Oct 23, 2007

                                                                     For the Court
                                                                     Richard W. Wieking, Clerk

                                                                     _____
                                                                     By: Deputy Clerk

cc: USBC
     Counsel of Record