1  Willie E. Phillips, #56009
   LAW OFFICE OF WILLIE E. PHILLIPS
2  484 Lake Park Avenue, #335
3  Oakland, CA 94610
   Tel: (510) 451-2222
4  Fax: (510) 451-2235
5
   Bruce P. Zelis, #75312
6  Attorney at Law
7  1943 First Avenue
   Walnut Creek, CA 94597
8  Telephone: (925) 943-6633
   Facsimile: (925) 943-5292
9
10
11 Association of Attorneys for
   Appellant/Debtor Willie E. Phillips in Pro Per
12
13              **UNITED STATES DISTRICT COURT**
        **NORTHERN DISTRICT OF CALIFORNIA (San Francisco)**
14

| | |
|---|---|
| **In Re:** | **Civil No.:  C- 07-05397 MHP** |
| **WILLIE E. PHILLIPS,** | |
| **Debtor,** | |
| | **Bankruptcy No: 06-30590 TC7** |
| **UNITED STATES TRUSTEE,** | **Adversary Proceeding No: 06-3124 TC** |
| **Plaintiff,** | **(Transferred from Bankr. S.D. Cal.)** |
| **vs.** | **DECLARATION REGARDING** |
| **WILLIE E. PHILLIPS,** | **CORRECTION OF TWO CLERICAL** |
| **Defendant.** | **ERRORS IN THE APPELLANT'S** |
| | **OPENING BRIEF** |

26
27      I, Joyce Clark, declare as follows:
28      1.  I am a Legal Assistant for the Law Offices of Willie E. Phillips. On December 6,
29 2007 I was given the responsibility to finalize the clerical work and to Electronically File the
30 Appellant's Opening Brief in the Unites States District Court in San Francisco, California. I

                                        1

made two (2) clerical errors that I am herby seeking to correct. The correction does not change or add anything to the content.

    2.  The two (2) clerical corrections are as follows:

        a.  The First page incorrectly stated the Court to be "United States Bankruptcy Court Northern District of California (San Francisco)". The "Amended Appellant's Opening Brief" now correctly states "United States District Court, Northern District of California (San Francisco)".

        b.  The page numbers were inadvertently stated on each page as "(Page)", instead of a Page Number. The "Amended Appellant's Brief" now correctly "numbers each page".

    3.  I have not made any other changes in the Amended Appellant's Opening Brief which I am filing today.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  Date: December 7, 2007

 

                                       /S/ Joyce Clark
                                       Legal Assistant at the Law Offices of Willie E. Phillips

2