1  Minnie Loo, Assistant United States Trustee (SBN 106613)
   Matthew Kretzer (SBN 157949)
2  Margaret McGee (SBN 142722)
   Laurent Chen (SBN 191661)
3  UNITED STATES DEPARTMENT OF JUSTICE
   Office of the United States Trustee
4  1301 Clay Street, Suite 690N
   Oakland, California  94612-5231
5  Telephone:  (510) 637-3200

6  Attorneys for Acting United States Trustee,
   SARA L. KISTLER

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

WILLIE E. PHILLIPS,

                    Debtor.   /

UNITED STATES TRUSTEE,

                    Plaintiff

    v.

WILLIE E. PHILLIPS,

                    Defendant /

Civil No. C-07-05397 MHP

Case No.:  06-30590 TEC7

Chapter 7

Adversary Proceeding No. 06-3124 TC

CERTIFICATE OF SERVICE

      I, Avis J. Haynes, declare as follows:
      I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action.
      My business address is 1301 Clay Street, Suite 690N, Oakland, California 94612-5231.
      On April 2, 2008 I served, by mail, a copy of the following document(s):

### NOTICE OF NON-PARTICIPATION

by enclosing a true and correct copy of said document(s) in an envelope with postage thereon fully prepaid, which envelope was then sealed and deposited in the United States mail at Oakland, California, addressed to each of the person(s) listed below:

Defendant:
Willie E. Phillips
484 Lake Park Avenue, #335
Oakland, CA 94610

Defendant's Counsel:
Bruce P. Zelis
1943 First Avenue
Walnut Creek, CA 94597

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  This declaration was executed on April 2, 2008 at Oakland, California.

                                        *Avis J. Haynes*
                                        Avis J. Haynes